**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| VOLVO FINANCIAL SERVICES, LLC, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Civ. No. 12-cv-05609 (WHW) |
| FINANCIERA TFC S.A., LFLP HOLDINGS, LLC, and MANUEL IGNACIO VIVANCO VELANDO, | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

It is, on this 16th day of July, 2013:

ORDERED that Plaintiff's motion for default judgment is DENIED. Defendants' motion to dismiss is GRANTED.

**s/ William H. Walls**

United States Senior District Judge
